**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

ROLANDIS CHATMON
ADC #140078                                                                          PLAINTIFF

v.                                          4:24-cv-00737-JM

DEXTER PAYNE, *et al.*                                                     DEFENDANTS

<u>**ORDER**</u>

     Rolandis Chatmon ("Plaintiff") is a prisoner in the Arkansas Division of Correction who has filed a *pro se* Complaint seeking relief pursuant to 42 U.S.C. § 1983.  (Doc. 1.)  On September 11, 2024, the Court determined that Plaintiff had previously accumulated three strikes, as defined by 28 U.S.C. § 1915(g), and that the allegations in his current Complaint did not satisfy the imminent danger exception contained in that statute.  (Doc. 2.)  Plaintiff was then given twenty-one days to pay the filing fee in full, but he has not done so.

     IT IS, THEREFORE, ORDERED that the Complaint (Doc. 1) is DISMISSED without prejudice due to a lack of prosecution.  It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

     Dated this 8th  day of October 2024.

 

UNITED STATES DISTRICT JUDGE