IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROLANDIS CHATMON
ADC #140078                                                                                          PLAINTIFF

v.                                              4:24-cv-00737-JM

DEXTER PAYNE, *et al.*                                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED without prejudice, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 8th day of October 2024.

_____
UNITED STATES DISTRICT JUDGE